# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| EDWARD RAY DILLARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 3:21-cv-00809-ACA-JHE |
| ) | |
| STEVE MARSHALL, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On July 12, 2022, the magistrate judge entered a report recommending that the court dismiss without prejudice Petitioner Edward Ray Dillard's petition for writ of habeas corpus due to Mr. Dillard's failure to exhaust his claims in the state courts. (Doc. 23). The magistrate judge notified the parties of their right to object and warned them that failure to object waives the right to challenge on appeal any unobjected-to factual and legal conclusions. (*Id.* at 14–15). The deadline for objections has passed without receipt of any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

The court **WILL DISMISS WITHOUT PREJUDICE** Mr. Dillard's petition for writ of habeas corpus. The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this August 2, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE